UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH VIGLIONE, <br>     Plaintiff | ) <br> ) <br> ) |
| v. | )    C.A. No. <br> ) |
| NATIONSWELL, LLC, <br>     Defendant | ) <br> ) |

## COMPLAINT

### PARTIES

1. Plaintiff Keith Viglione ("Viglione") is an individual residing in Newburyport, Massachusetts.

2. NationSwell LLC ("NationSwell" or "Defendant") is a limited liability company with a principal place of business located at 36 W 20th Street, New York, NY 10011.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 1337 and 1338 because this case arises under the Federal Copyright Act, 17 U.S.C. §101, et seq.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because Viglione's cause of action arose, and Viglione has been injured in this judicial district.

5. This court has personal jurisdiction over the defendant because the defendant used plaintiff's copyrighted work without authorization to solicit Massachusetts businesses to transact business with it.

### FACTS

A. <u>The Plaintiff, His Photography Business, and Copyright Registrations.</u>

6. Since at least as early as 2014, Viglione has been a professional photographer. While

Viglione has photographed thousands of subjects; his particular focus is on photographing iconic Massachusetts images. These iconic images include, without limitation, an image of Boston's cityscape from Fort Point at Dusk ("Boston Skyline at Dusk from Fort Point").

7. Although Viglione publicly displays his works on his website, social media platforms, and elsewhere, Viglione takes significant steps to protect his rights in his original works. Viglione has registered or applied to register copyrights for virtually all of his photographs with the United States Copyright Office. Registration was granted by the United States Copyright Office for "Boston Skyline at Dusk from Fort Point" (DSC_2451-HDR-Edit.jpg) in group registration VA2-436-440 attached hereto as Exhibit A.

8. Additionally, Viglione vigorously protects his intellectual property rights by entering into voluntary licensing agreements with those seeking to use his copyrighted works and by pursuing infringements of his works.

9. In short, Viglione has developed significant goodwill and value in his works, which are well-known and sought after throughout the region.

    B. <u>The Defendant's Infringing Activities and Refusal to Pay a Licensing Fee</u>.

10. In April of 2024, Viglione learned that the Defendant was hosting a business website where it displayed, without authorization, reproductions of Viglione's "Boston Skyline at Dusk from Fort Point" Work. Screenshots showing the infringing reproductions of the Viglione Work are attached hereto as Exhibit B.

    8. Specifically, the Defendant was displaying Viglione's Work on its website to advertise an event it was hosting in Boston, Massachusetts in November of 2024.

11. Viglione contacted Defendant in May of 2025 through his attorney to report the infringement.

11.  Upon information and belief, Defendant downloaded the Work from the internet in order to post the image to its webpages.

12. Upon information and belief, and as shown by the fact that Defendant uploaded the image to its business webpages, Defendant used the infringing work for its own commercial purposes.

13. Defendant was never authorized to use Viglione's copyrighted Work.

COUNT I
COPYRIGHT INFRINGEMENT
17 U.S.C. § 501

14. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 13 of the complaint.

15. Viglione is the owner of the exclusive copyright in his Work identified in Paragraph 6 above.

16. Viglione's Work, "Boston Skyline at Dusk from Fort Point" (DSC_2451-HDR-Edit.jpg), has been registered by the United States Copyright Office in group registration VA2-436-440.

17. Defendant copied Viglione's copyrighted Work without authorization.

18. Defendant displayed the infringing Work for its own commercial purpose.

19. Defendant's infringement of Viglione's copyrighted Work caused harm to Viglione.

WHEREFORE, Plaintiff Keith Viglione prays that this Court:

1. Enter judgment in favor of Plaintiff on Count I of the complaint;

2. Award Plaintiff actual damages pursuant to 17 U.S.C. § 504 in an amount to be determined;

3. Award Plaintiff costs and pre-judgment and post-judgment interest; and

4. Award such further relief as the Court deems just and appropriate.

JURY DEMAND

The Plaintiff demands a trial by jury on all issues so triable.

                              KEITH VIGLIONE,
By his attorney,

*/s/ Thomas E. Kenney*
Thomas E. Kenney (#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444
tom@piercemandell.com